B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 11−36590−DOT
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Deborah L. Mason
211 Barker Ave
Richmond, VA 23223

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−6344

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Deborah L. Mason is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: January 23, 2012                                   William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Deborah L. Mason  
    Debtor

Case No. 11-36590-DOT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-7    User: admin    Page 1 of 3    Date Rcvd: Jan 24, 2012  
    Form ID: B18    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2012.
```
db          #+Deborah L. Mason,    211 Barker Ave,   Richmond, VA 23223-3505
cr           NIssan Motor Acceptance,   PO Box 660366,   Dallas, TX  75266-0366
10755876     Berkeley & DeGaetani,   1301 N. Hamilton Street,   Ste. 200,   Richmond, VA 23230-3959
10755879    +Dominion Orthodontics,   5247 S. Laburnum Ave.,   Henrico, VA 23231-4437
10755881     Harley Davidson Credit Corp.,   Dept 15129,   Palatine, IL 60055-5129
10755882    +Margaret Snead,   5400 Pine Needles Ct.,   Providence Forge, VA 23140-4503
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           EDI: QSBLUBMAN.COM Jan 25 2012 04:04:00      Sherman B. Lubman,   P.O. Box 5757,
              Glen Allen, VA  23058-5757
10779572     EDI: PHINAMERI.COM Jan 25 2012 04:03:00      Americredit Financial Services, Inc.,   PO Box 183853,
              Arlington TX 76096
10755873    +EDI: PHINAMERI.COM Jan 25 2012 04:03:00      Americredit,   PO 961044,   Fort Worth, TX 76161
10755874    +EDI: BANKAMER.COM Jan 25 2012 04:03:00      Bank of America,   P.O. Box 15222,
              Wilmington, DE 19886-5222
10755875    +EDI: TSYS2.COM Jan 25 2012 04:03:00      Barclays Bank Delaware,   Attention: Bankruptcy,
              Po Box 8801,   Wilmington, DE 19899-8801
10755877    +EDI: CAPITALONE.COM Jan 25 2012 04:03:00      Capital One, N.a.,   Capital One Bank (USA) N.A.,
              Po Box 30285,   Salt Lake City, UT 84130-0285
10755878    +EDI: CHASE.COM Jan 25 2012 04:03:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
10755880    +EDI: RMSC.COM Jan 25 2012 04:03:00      Gecrb/care Credit,   C/o Po Box 965036,
              Orlando, FL 32896-0001
10755883    +EDI: MERRICKBANK.COM Jan 25 2012 04:03:00      Merrick Bk,   Attn: Bankruptcy,   P.O. Box 23356,
              Pittsburg, PA 15222-6356
10755886     EDI: AGFINANCE.COM Jan 25 2012 04:03:00      Springleaf Financial S,   5245 S Laburnum Ave,
              Richmond, VA 23231-0000
10755885    +EDI: SEARS.COM Jan 25 2012 04:03:00      Sears/cbna,   701 East 60th St N,
              Sioux Falls, SD 57104-0432
10755887    +EDI: AFNIVZCOMBINED.COM Jan 25 2012 04:03:00      Verizon,   P.O. Box 17577,
              Baltimore, MD 21297-0513
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Americredit Financial Services, Inc.
cr*         ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court:  AmeriCredit Financial Services, Inc.,   PO Box 183853,
              Arlington, TX  76096)
10755884   ##+Nissan Motor Acceptance Corp.,   PO Box 650680,   Dallas, TX 75265-0680
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-7           User: admin              Page 2 of 3            Date Rcvd: Jan 24, 2012
                               Form ID: B18             Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2012**                          **Signature:**   /s/ Joseph Speetjens

```
District/off: 0422-7           User: admin              Page 3 of 3              Date Rcvd: Jan 24, 2012
                               Form ID: B18             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2012 at the address(es) listed below:

        Sara A. John   on behalf of Creditor  Americredit Financial Services, Inc. sara_john@eppspc.com
        Seth Jackson Marks   on behalf of Debtor Deborah Mason smarksster@gmail.com, kjohnson@paganolaw.org;smarks@paganolaw.org
        Sherman B. Lubman   lubmans@comcast.net,  slubman@ecf.epiqsystems.com

                                                                                                                                                                                     TOTAL: 3